UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           Case No.: 4:02-CR-045-SPM

THYRON RICHARDSON,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

PURSUANT TO the Report and Recommendation (doc. 331) of the United States Magistrate Judge William C. Sherrill, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **THYRON RICHARDSON**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>eleventh</u> day of August, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge