**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,            CASE NO.: 4:02cr45-SPM

vs.

THYRON CORNELL RICHARDSON ,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, the Government's unopposed motion to continue the sentencing hearing (doc. 336) is ***granted***. The sentencing hearing is reset for 1:30 p.m. on **November 17, 2008**, at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED on this sixteenth day of October, 2008.

                 *s/ Stephan P. Mickle*
                 Stephan P. Mickle
                 United States District Judge