IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:02-cr-00045-SPM-GRJ

THYRON CORNELL RICHARDSON,

_____/

## **O R D E R**

This case is before the Court on Defendant's motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 385), to stay consideration of the motion to vacate pending discovery (Doc. 386), to appoint counsel to conduct discovery (Doc. 387), and for discovery (Doc. 388).

Discovery may not be conducted in a § 2255 case absent leave of court, for good cause shown. *See* Rule 6, Rules Governing § 2255 Proceedings. Upon due consideration of the motion to vacate and the motion for discovery, the Court concludes that Defendant has not demonstrated good cause to conduct discovery at this stage of the case.

Pursuant to the Rules Governing § 2255 proceedings, the Government will be required to file an answer or other response to the motion to vacate. Upon receipt of the Government's arguments and Defendant's response, if any, the Court will review the file to determine whether an evidentiary hearing is required. If an evidentiary hearing is not required, the Court will dispose of the motion as justice requires pursuant to § 2255 Rule 8(a).

Accordingly, it is **ORDERED:**

1.  The motion for discovery (Doc. 388) is **DENIED**.  The motions to stay this case pending discovery and to appoint counsel to conduct discovery (Docs. 386, 387) are therefore **MOOT**.

2.  The Clerk shall furnish by certified mail, return receipt requested, a copy of this Order and the motion to vacate (Doc. 385) to the United States Attorney for this district, who shall file an answer or other appropriate pleading no later than **April 25, 2011.**

3.  If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

4.  Defendant shall have until **May 25, 2011**, to file a response, if desired.

**DONE AND ORDERED** this 24th day of February 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge