IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:02-cr-45-SPM-GRJ

THYRON CORNELL RICHARDSON,

_____/

## O R D E R

This case is before the Court on the Government's Motion For Extension Of Time. (Doc. 397.) The Government moves the Court for a 30 day extension of time until May25, 2011 to respond to Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. 385.)

Accordingly, it is hereby **ORDERED** that**:**

1. The Government's Motion For Extension Of Time (Doc. 397) is **GRANTED**.

2. The Government shall respond to Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 385) on or before **May 25, 2011.**

3. Defendant shall have until **June 24, 2011**, to file a reply, if desired.

**DONE AND ORDERED** this 28th day of April 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge