IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 4:02-cr-45-SPM-GRJ

THYRON CORNELL RICHARDSON,

_____/

## O R D E R

This matter is before the Court on the Defendant's Traverse, which the Court construes as a request for an evidentiary hearing and a request to grant the Defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 ("Defendant's 2255 motion"). (Doc. 399.) Defendant requests (i) that the Court conduct an evidentiary hearing on Defendant's 2255 motion and (ii) grant Defendant's 2255 motion because the Government failed to respond to the Defendant's 2255 motion by April 25, 2011 as directed by a prior Order in this case. (Doc. 391.) The Government has, however, filed a motion to extend the time within to respond to the Defendant's 2255 motion (Doc. 397), which the Court granted in an order extending the deadline to file a response until May 25, 2011. (Doc. 398.)

Accordingly, it is hereby **ORDERED** that Defendant's motion (Doc. 399) is **DENIED** as **MOOT**.

**DONE AND ORDERED** this 3rd day of May 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge