IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:02-cr-45-SPM-GRJ

THYRON CORNELL RICHARDSON,

_____/

## O R D E R

This case is before the Court on the United States' Second Motion For Extension Of Time. (Doc. 402.) The United States requests an extension of time until June 25, 2011 to respond to Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. 385.)

Accordingly, upon due consideration, it is **ORDERED** that**:**

1. The United States' Second Motion For Extension Of Time (Doc. 402) is **GRANTED**.

2. The United States shall respond to Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 385) on or before **June 25, 2011.**

3. Petitioner shall have until **July 25, 2011**, to file a reply, if desired.

**DONE AND ORDERED** this 7th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge