IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 4:02-cr-45-SPM-GRJ

THYRON CORNELL RICHARDSON,

_____/

**O R D E R**

This matter is before the Court on the Petitioner's Informal Motion To Renew Traverse Previously Filed. (Doc. 405.) Petitioner requests that the Court consider his previously filed traverse because the Government failed to respond to the Defendant's 2255 motion by May 25, 2011 as directed by a prior order. (Doc. 398.) ) The Government, however, has been granted a further extension of time until June 25, 2011 within which to file its response. (Doc. 403.) Accordingly, because Petitioner's motion is based upon the incorrect assumption t that the Government failed to file a response the motion is due to be denied because the response is not yet due.

Accordingly, upon due consideration, it is **ORDERED**:

Defendant's motion (Doc. 405) is **DENIED** as **moot.**

**DONE AND ORDERED** this 13th day of June 2011.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge